FRIEDMAN, JAMES & BUCHSBAUM LLP
Bernard D. Friedman (BF-9219)
Andrew V. Buchsbaum, Esq. (AB-6475)
Attorneys for Plaintiffs
132 Nassau Street, Suite 900
New York, NY 10038
(212) 233-9385

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ANTHONY MILLIS                                  :   Civil Action No: 19 CV-307
                                                :
                     Plaintiff,                 :
         -against-                              :   **COMPLAINT**
                                                :
DAWN SERVICES LLC and GULF DAWN LLC,             :   **PLAINTIFF DEMANDS A**
                                                :   **TRIAL BY JURY ON ALL**
                     Defendants.                :   **CAUSES OF ACTION**
-----------------------------------------------------------------x

**SUIT UNDER SPECIAL RULE FOR SEAMEN TO SUE WITHOUT SECURITY OR PREPAYMENT OF FEES FOR THE ENFORCEMENT OF THE LAWS OF THE UNITED STATES, COMMON AND STATUTORY FOR THE PROTECTION OF AND FOR THE HEALTH AND SAFETY OF SEAMEN AT SEA**

Plaintiff, ANTHONY MILLIS, complaining of the defendants DAWN SERVICES LLC and GULF DAWN LLC, by his attorneys FRIEDMAN, JAMES & BUCHSBAUM LLP, respectfully alleges upon information and belief as follows:

**Nature of Action:**

1. This action is brought pursuant to the Jones Act, 46 U.S.C § 30104, and the general maritime law of the United States, seeking monetary damages as a result of severe personal injuries sustained on July 29, 2016 by seaman ANTHONY MILLIS, employed by defendant DAWN SERVICES LLC while a member of the crew of the Tug "GULF DAWN," owned by defendant

GULF DAWN LLC, while in the navigable waters of the Eastern District of New York off the Verrazano-Narrows Bridge.

**Jurisdiction and Venue:**

2. This Court has jurisdiction pursuant to the Jones Act, 46 U.S.C § 30104 and the general maritime law of the United States in that plaintiff ANTHONY MILLIS was serving as a seaman aboard a vessel in navigable waters and sustained personal injuries while in the course and scope of his employment at the time of the incident giving rise to this action.

3. Venue is proper in this District pursuant to 45 U.S.C. § 56, as incorporated by the Jones Act, 46 U.S.C. § 30104, inasmuch as defendants DAWN SERVICES LLC and GULF DAWN LLC do business within this District and the alleged incident occurred within the navigable waters of the Eastern District of New York.

**Parties:**

4. At all relevant times, plaintiff ANTHONY MILLIS was and still is a citizen and resident of the State of North Carolina.

5. At all relevant times, defendant DAWN SERVICES LLC was and still is an entity organized and existing pursuant to the laws of one of the United States with its office and principal place of business located in Louisiana.

6. At all relevant times, defendant GULF DAWN LLC was and still is an entity organized and existing pursuant to the laws of one of the United States with its office and principal place of business located in Louisiana.

**FIRST COUNT**

4. At all relevant times, defendant GULF DAWN LLC owned the towing vessel "GULF DAWN."

5. At all relevant times, defendants, or either of them, operated the towing vessel "GULF DAWN."

6. At all relevant times, defendants, or either of them, controlled the towing vessel "GULF DAWN."

7. That at all times and dates hereinafter mentioned, the plaintiff was a member of the crew of the towing vessel "GULF DAWN" and an employee of defendant DAWN SERVICES LLC.

8. That on or about July 29, 2016, while the towing vessel "GULF DAWN" was engaged in making up to scows in the navigable waters of the Eastern District of New York at or about the Upper Bay near the Verrazano-Narrows Bridge, and without any fault on the part of the plaintiff, and wholly and solely by reason of the negligence, recklessness and carelessness of defendants, or any of them, and its/their agents, servants and/or employees, and by reason of the unseaworthiness of the towing vessel "GULF DAWN," plaintiff was caused to sustain injuries.

9. As a result of the foregoing, the plaintiff was rendered sick, sore, lame and disabled and sustained severe and permanent personal injuries, including but not limited to injuries to his cervical spine requiring two (2) cervical fusion surgeries, was and is internally and externally disabled causing him to suffer pain, and for a time he was prevented from attending to his daily labors, thereby losing sums of money which he otherwise would have earned as wages, and has endeavored to be cured of his injuries, and has expended sums of money to maintain himself, and will continue to endure pain and suffering, all to his damage.

10. By reason of the foregoing, plaintiff has been damaged in the sum of TEN MILLION ($10,000,000.00) DOLLARS.

## SECOND COUNT

11. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 10 as if set forth fully at length herein.

12. Plaintiff is entitled to maintenance, cure, and medical expenses for the period that he was disabled and unable to work in the total sum of TWO HUNDRED FIFTY THOUSAND ($250,000.00) DOLLARS.

**WHEREFORE**, plaintiff ANTHONY MILLIS demands judgment against defendants DAWN SERVICES LLC and GULF DAWN LLC on the First Count in the amount of TEN MILLION ($10,000,000.00) DOLLARS; and against defendants DAWN SERVICES LLC and GULF DAWN LLC on the Second Count in the amount of TWO HUNDRED FIFTY THOUSAND ($250,000.00) DOLLARS, together with the costs, interest and disbursements of this action, and such other and further relief as this Court deems just and proper.

Dated: New York, New York
      January 16, 2019

By: _____

FRIEDMAN, JAMES & BUCHSBAUM LLP
Attorneys for Plaintiff

Bernard D. Friedman (BF-9219)
Andrew V. Buchsbaum (AB-6475)
132 Nassau Street, Suite 900
New York, NY 10038
(212) 233-9385
bfriedman@friedmanjames.com
abuchsbaum@friedmanjames.com